FILED
 2017 May-11 PM 03:34
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| FANNEL RENE TURNER, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:17-cv-00652-SGC |
| CITY OF GADSDEN, et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

A notice of dismissal has been filed in this action before the opposing parties served either an answer or a motion for summary judgment. (Doc. 8). Accordingly, it is **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DONE** this 11th day of May, 2017.

STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE